**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, <br><br>   v. <br> JOSE GUADALUPE ALCANTA-SOLIS, <br><br>   Defendant. | Case No. 26-cr-1302-JLS <br><br> ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

The United States of America's Motion to Dismiss the Information (ECF No. 198) without prejudice, is **GRANTED**. The Court dismisses the Complaint without prejudice.

IT IS SO ORDERED.

Dated: May 1, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge